*Bracey, Richard C. Bradley, III, Robert A. Elsner,* for appellees.

## 52639. FOOTE v. CITIZENS & SOUTHERN NATIONAL BANK et al.

MARSHALL, Judge.

This case is controlled by that held in *Lewis v. C. & S. Nat. Bank,* 139 Ga. App. 855.

*Judgment reversed. Deen, P. J., and Webb, J., concur.*

ARGUED SEPTEMBER 14, 1976 — DECIDED SEPTEMBER 27, 1976 — REHEARING DENIED OCTOBER 14, 1976 —

*Ringel, Gray & Hinson, John C. Gray, D. W. Latimore, Jr.,* for appellant.

*McClain, Mellen, Bowling & Hickman, A. Orville Bracey, Richard C. Bradley, III, Robert A. Elsner,* for appellees.